**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| CLOUDING IP, LLC, | ) | |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | |
| v. | ) | C.A. No. 13-1342-LPS |
|  | ) | |
| AT&T MOBILITY LLC and | ) | **JURY TRIAL DEMANDED** |
| AT&T CORP., | ) | |
|  | ) | |
| Defendants. | ) | |
|  | ) | |

## DEFENDANTS AT&T MOBILITY LLC AND AT&T CORP.'S JOINDER IN MOTION TO DISMISS FOR LACK OF STANDING AND AS VOID FOR CHAMPERTY

Defendants AT&T Mobility LLC and AT&T Corp. (collectively, "AT&T"), hereby join in, and incorporate by reference in this proceeding, the motions to dismiss filed in *Clouding IP LLC v. Google, Inc.* (C.A. No. 12-639-LPS; D.I. 102), *Clouding IP LLC v. Amazon.com, Inc., et al.* (C.A. No. 12-641-LPS; D.I. 113), and *Clouding IP LLC v. Motorola Mobility LLC* (C.A. No. 12-1078-LPS; D.I. 93).  AT&T additionally joins and incorporates the motions to dismiss in *Clouding IP LLC v. EMC Corp., et al.* (C.A. No. 13-01455-LPS) and *Clouding IP LLC v. Rackspace Hosting, Inc., et al.* (C.A. No. 1200675-LPS) to be filed concurrently with AT&T's joinder motion.

AT&T's case shares the same relevant facts as the above cited cases.  Plaintiff Clouding IP, LLC ("Clouding") sued AT&T, alleging infringement of eight patents containing 184 claims. (D.I. 1, Complaint).  All of the patents-in-suit in AT&T's case are subject to the same agreements as those asserted against the defendants in the above mentioned cases, and thus all of the defendants' arguments in their motions apply with equal force to all patents in AT&T's case.

For the reasons stated in aforementioned briefs, AT&T respectfully requests that the Court dismiss this case for lack of standing or as void for champerty.

Respectfully submitted,

SEITZ ROSS ARONSTAM & MORITZ LLP

*Of Counsel*:

L. Norwood Jameson
Matthew C. Gaudet
David C. Dotson
S. Neil Anderson
DUANE MORRIS LLP
1075 Peachtree Street, NW
Suite 2000
Atlanta, GA  30309
(404) 253-6900
wjameson@duanemorris.com
mcgaudet@duanemorris.com
dcdotson@duanemorris.com
snanderson@duanemorris.com


Dated:  December 20, 2013

*/s/ Benjamin J. Schladweiler*
Collins J. Seitz, Jr. (Bar. No. 2237)
Benjamin J. Schladweiler (Bar No. 4601)
100 S. West Street, Suite 400
Wilmington, DE  19801
(302) 576-1600
cseitz@seitzross.com
bschladweiler@seitzross.com

*Counsel for Defendants AT&T Mobility LLC and AT&T Corp.*

## <u>CERTIFICATE OF SERVICE</u>

I, Benjamin J. Schladweiler, hereby certify that on December 20, 2013, a true copy of the foregoing **Defendants AT&T Mobility LLC and AT&T Corp.'s Joinder in Motion to Dismiss for Lack of Standing and as Void for Champerty** was served via electronic mail upon the following counsel of record:

Richard D. Kirk
Stephen B. Brauerman
Vanessa Ribeiro Tiradentes
BAYARD, P.A.
222 Delaware Avenue
Suite 900
Wilmington, DE  19801
rkirk@bayardlaw.com
sbrauerman@bayardlaw.com
vtiradentes@bayardlaw.com

*Counsel for Plaintiff Clouding IP, LLC*

Marc A. Fenster
Brian D. Ledahl
Dorian S. Berger
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025
mfenster@raklaw.com
bledahl@raklaw.com
dberger@raklaw.com

*Counsel for Plaintiff Clouding IP, LLC*

*/s/ Benjamin J. Schladweiler*
Benjamin J. Schladweiler (Bar No. 4601)